## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| MATTHEW LUSK and ST. CLAIR EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated<br><br>Plaintiff(s),<br><br>v.<br><br>BAHRAM AKRADI, GILES H. BATEMAN, JACK W. EUGSTER, GUY C. JACKSON, JOHN K. LLOYD, MARTHA A. MORFITT, JOHN B. RICHARDS, and JOSEPH S. VASSALLUZZO,<br><br>Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br><br>Case Number: 15-cv-1911 JRT/BRT |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendants Giles H. Bateman, Jack W. Eugster, Guy C. Jackson, John K. Lloyd, Martha A. Morfitt, John B. Richards, and Joseph S. Vassalluzzo's Motion for Judgment on the Pleadings [Docket No. 166] is GRANTED.
2. Defendant Bahram Akradi's Motion for Judgment on the Pleadings [Docket No. 160] is GRANTED.
3. Plaintiffs' claims are DISMISSED with prejudice.

Date: 8/28/2017

RICHARD D. SLETTEN, CLERK

s/Katie Thompson
(By)   Katie Thompson, Deputy Clerk