**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No: 18-1444

---

Matthew Lusk; St. Clair Employees' Retirement System, individually and on behalf of all others similarly situated

Plaintiffs - Appellants

v.

Life Time Fitness, Inc.; Bahram Akradi; Giles H. Bateman; Jack W. Eugster; Guy C. Jackson; John K. Lloyd; Martha A. Morfitt; John B. Richards; Joseph S. Vassalluzzo; Leonard Green & Partners, L.P.; TPG Capital, L.P.; LKN Partners

Defendants - Appellees

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:15-cv-01911-JRT)

---

**JUDGMENT**

Before LOKEN, COLLOTON and KELLY, Circuit Judges.

This appeal is hereby dismissed in accordance with the joint stipulation for dismissal.

The Court's mandate shall issue forthwith.

January 31, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Michael E. Gans